UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA REGINA HAWKINS,<br>　　　Plaintiff, | §<br>§ | |
| vs. | § | No. 3:14-CV-1067-B |
| | § | |
| GEORGE L. ALLEN SR. COURTS 301ST,<br>　　　Defendant. | §<br>§ | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the recommendation, Plaintiff's complaint is **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b). Plaintiff is **WARNED** that sanctions may be imposed if she persists in filing frivolous or baseless actions.

SIGNED this 1st day of May, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE